UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

Thomas F. Gilbert
Wendy D. Gilbert

Case No. 18-30698

Chapter 13

Debtors

## **NOTICE OF MOTION**

| | |
|---|---|
| MOTION PURSUANT TO: | 11 U.S.C. §1329(a) |
| MOTION BY: | GRADY BK, PLLC<br>Attorney for the Debtor |
| DATE, TIME & PLACE: | June 29, 2023 at 10:00am<br>Federal Courthouse, 100 Clinton Street, Syracuse, NY |
| SUPPORTING PAPERS: | Attorney Affirmation<br>Debtor Affidavit |
| RELIEF REQUESTED: | Modify Debtor's Chapter 13 Plan |

Dated: May 22, 2023

GRADY BK, PLLC

BY:     /s/ Jessica Grady
Jessica G. Grady, Esq.
Bar Roll #512322
225 Greenfield Parkway, Ste. 107
Liverpool, NY 13088
315.299.9005 (tel)
jessica@gradybk.com

**IF YOU INTEND TO OPPOSE THIS MOTION, WRITTEN OPPOSITION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON MOVANT'S COUNSEL AT LEAST SEVEN (7) DAYS PRIOR TO THE RETURN DATE. IF YOU DO NOT FILE AND SERVE WRITTEN OPPOSITION, NO HEARING WILL BE HELD ON THE RETURN DATE AND THE COURT MAY GRANT THE MOTION AS UNOPPOSED.**